# EXHIBIT C

**RE:[CASE 14670888191] Notice: Amazon Patent Evaluation Express Program - Action Required**

发件人: patent-evaluation@amazon.com <patent-evaluation@amazon.com>
(由 2024013117002168db563812be45fc93aa442493d0p0na-C1OWC0QWE3U0RB@bounces.amazon.com 代发)

收件人: 我 <quntisus@himmelmail.com>

时　间: 2024年02月01日 01:00 (星期四)

附　件: 2个 ( Amazon Patent Evaluation Express Procedure.pdf 等) 查看附件

Hello,

We received a report from a patent owner who believes the items listed at the end of this email infringe their U.S. Patent No. 10,544,927.

If you wish to continue selling the items listed at the end of the email, you have two choices.

First, you can choose to resolve your claim with the patent owner directly within the next three weeks. If we receive a retraction from the patent owner within the next three weeks, we will allow you to continue selling the items listed at the end of this email. The patent owner's contact information is as follows:

BenQ
Vicky.TH.Chen@BenQ.com
16 Jihu Road Neihu Taipei 114 Taiwan

If the patent owner agrees to retract their complaint, they must send the retraction directly to us at patent-evaluation@amazon.com. Forwarded retractions will not be accepted. Another option is to resolve the claim with the patent owner in a federal district court case. If you are already engaged in a patent lawsuit with the patent owner, or if you file a lawsuit against the patent owner for declaratory judgment of non-infringement of the asserted patent, please provide us with a copy of the relevant complaint within the next three weeks, and you may continue selling the items listed at the end of the email while the lawsuit proceeds.

Second, you can choose to participate in neutral evaluation of the patent owner's claim. Amazon's neutral evaluation procedure is described in the attached document titled "Amazon Patent Evaluation Express Procedure." Please read this document carefully and note that payment of a deposit is required. If you choose to participate in the neutral evaluation, you must agree to the attached Amazon Patent Evaluation Express Agreement, complete Exhibit 2 of the Agreement, "Seller-Supplied Information," and return the completed Agreement to patent-evaluation@amazon.com within three weeks.

Please note that participation in the evaluation process does not guarantee that you will be able to continue to sell the items listed at the end of this email following the evaluation. If the evaluator decides that the items likely infringe, we intend to remove them from Amazon.com. If, however, the evaluator decides the items likely do not infringe, we will not remove your listings from Amazon.com, and your deposit may be refunded in part or in full.

If you do not either resolve your claim with the patent owner directly, or agree to participate in the neutral evaluation process, we will remove the listings at the end of this email from Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.